IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MARTIN, ) | |
| Petitioner, ) | |
| vs. ) | 3:12-cv-3696-JHH-TMP |
| STATE OF ALABAMA; and the ) ATTORNEY GENERAL OF THE STATE OF ALABAMA, ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on November 22, 2013, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief.  Petitioner filed objections on December 5, 2013.  Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.  It is therefore **ORDERED** that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** the ___16th___ day of December, 2013.

*/s/ James H. Hancock*

SENIOR UNITED STATES DISTRICT JUDGE